JAMES THOMAS, RESPONDENT, v. LIONDALE BLEACH, DYE AND PRINT WORKS, APPELLANT.

Argued October 26, 1932—Decided January 23, 1933.

For the respondent, *John C. Grimshaw.*

For the appellant, *Kellogg & Chance.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 255.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 11.

*For reversal*—None.